Name: Thomas M Zakis
Address: 1099 West Temple C208 Salt Lake City UT 84101
Telephone: 801 554-8246

FILED
U.S. DISTRICT COURT
2020 JAN 28 P 3: 25
DISTRICT OF UTAH
DEPUTY CLERK

RECEIVED CLERK
JAN 23 2020
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH - _Central_ DIVISION**

Thomas M Zakis

    Plaintiff,

v.

MetTel

    Defendant(s).

**COMPLAINT**

Case: 2:20-cv-00045
Assigned To : Nielson, Howard C., Jr
Assign. Date : 1/23/2020
Description: Zakis v. MetTel

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. §§ 626(c)(1) and appropriate relief is also sought.

## B. PARTIES

1.   Name of plaintiff:
    Present mailing address:    MetTel Human Resources and Legal
                                        55 Water St 32nd fl, New York, NY 10041

2. Name of first defendant:          MetTel Human Resources
   Present mailing address or
   business location:                 55 Water St 32nd fl, New York, NY 10041

3. Name of second defendant:         MetTel Salt Lake City Utah Office
   Present mailing address or
   business location:                 420 E S Temple #560, Salt Lake City, UT 84111

4. Name of third defendant:
   Present mailing address or
   business location:

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   420 E S Temple #560, Salt Lake City, UT 84111

2. The discriminatory acts occurred on or about:

   09/21//2018
   (Month, Day, Year)

3. I filed charges with the Anti Discrimination Division of the Utah State Industrial Commission regarding the defendant's discriminatory conduct on or about:

   (Month, Day, Year)

4. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

09/21/2018
(Month, Day, Year)

5. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

11/21/2019
(Month, Day, Year)

(Please attach the "Notice of Right to Sue" to this complaint.)

6. The discriminatory acts that are the basis of this suit are:

   a. ☐ Failure to employ me
   b. ☐ Failure to promote me
   c. ☐ Termination of my employment
   d. ☐ Demotion
   e. ☐ Denied equal pay/work
   f. ☐ Sexual harassment
   g. ☐ General harassment
   h. ☐ Other acts (Be specific: Attach an additional sheet if necessary)

7. Defendant's conduct is discriminatory with respect to:

   a. ☐ my race          d. ☐ my religion
   b. ☐ my color         e. ☐ my national origin
   c. ☐ my sex           f. ☐ my age

8. I believe that the defendant is still committing these acts against me.

   ☐ yes    ☐ no

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts form the

basis for my allegations:

a.     (1)     Count I: Offered of employment extended

        (2)     Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly, in your own words without citing any legal authority. Use additional sheets if necessary.)

             Offer of employment was extended both verbally and in email correspondence from hiring Manager Jeremy Phelps and HR representative Joshua Reis informing formal offer letter in process

b.     (1)     Count II: Offer rescinded no explanation after I sent in identificatino for I-9

        (2)     Supporting Facts:
I sent in identification for I-9 form Utah drivers License and Social Security Card. All communications ceased from MetTel. I requested a copy of background invenstigation and received no response. I hired an attorney who again requested a copy of the background investigation. MetTel staff replied it was not conducted. After filing a charge a legal representative advised the reason for rescinding the offer was based on a background investigation and a report for driving on suspension was noted in 2010. This is a false report I have never had any convictions for driving on suspension. They conducted the background investigation after rescinding the offer so it was no authorized and ir presented inaccurate information. I believe the offer was presented by a much younger applicant. Upon a tour of the support floor it was obvious no rep where 40 or over

## E. INJURY

1. How have you been injured by the actions of the defendant(s)?

         Loss of income affected my ability to earn a living. Kept me from seeking other employment as I was assured a formal offer letter was pending. Lost wages, affected my personal mental health well being in a negative mannger. Provided false information defaming my character.

## F. REQUEST FOR RELIEF

2. I believe I am entitled to the following relief:

         Loss wages both actual and forecasted. Offer of employment to be fulfilled.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. § 1621.

Executed at __SLC__ on __23rd Jan 19- 2020__.
(Location)

_____
Signature

H:\prose\vii.gui