AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

THOMAS ZAKIS,

Plaintiff,

v.

METTEL,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:20-CV-45-HCN-CMR

IT IS ORDERED AND ADJUDGED

That this action is dismissed with prejudice for failure to state a claim.

December 21, 2021
*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge